November 24, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

TUAN ANH TRAN, Appellant

NO. 14-14-00640-CV            V.

SHERYN D. NGUYEN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Sheryn D. Nguyen, signed, July 17, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Tuan Anh Tran to pay all costs incurred in this appeal.

We further order this decision certified below for observance.